PER CURIAM.
Affirmed. Pierce v. Aetna Insurance Co., 519 So.2d 754 (Fla. 4th DCA 1988); Troy Desk Mfg. Co. v. Troy, 448 So.2d 46 (Fla. 3d DCA 1984); Booth v. Basic Asphalt & Constr. Co., 369 So.2d 356 (Fla. 4th DCA 1979); Pan American Hospital v. Pascual, 350 So.2d 28 (Fla. 3d DCA 1977); Phoenix Assurance Co. v. Merritt, 160 So.2d 552 (Fla. 2d DCA 1963), cert. denied, 168 So.2d 147 (Fla.1964).